IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REBA SQUIRES                                                 PLAINTIFF

v.                                        CIVIL NO. 07-5096

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                             DEFENDANT

**<u>ORDER</u>**

On September 12, 2007, plaintiff filed a motion for extension of time to file her brief. (Doc. # 6). Plaintiff's brief is due on September 21, 2007. In the motion, plaintiff states that her attorney has nine hearing scheduled for the month of September, as well as a one week vacation. As such, she requests an additional thirty days to file her appeal brief.

The record indicates that plaintiff's counsel has contacted the defendant, and that the defendant has no objections to plaintiff's request. Accordingly, the undersigned finds that just cause exists to grant the plaintiff's request. Plaintiff's brief will now be due on **October 19, 2007.** No further extensions of time will be granted.

IT IS SO ORDERED this <u>17th</u> day of September 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE